# IN THE SUPREME COURT OF THE STATE OF NEVADA

THOMAS J. COLLMAN,
                Appellant,
vs.
THE STATE OF NEVADA,
                Respondent.

No. 81996

**FILED**

NOV 09 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from "the judgment of conviction by state post-conviction proceedings." Seventh Judicial District Court, White Pine County; J. Charles Thompson, Judge.

This court's review of this appeal reveals jurisdictional defects. First, appellant's appeal was untimely filed from the judgment of conviction. "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Second, appellant has already appealed the notice of entry of amended judgment of conviction and sentence in Docket No. 77522. A second duplicate appeal may not proceed. Lastly, the documents before this court indicate that a postconviction petition has not been filed in district court case number CR-9606033, the case number designated in this notice of appeal. Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

20 - 40788

cc: Chief Judge, The Seventh Judicial District Court
Hon. J. Charles Thompson, Senior Judge
Thomas J. Collman
Attorney General/Carson City
White Pine County District Attorney
White Pine County Clerk